**OSVALDO E. FUMO, ESQ.**
Nevada Bar No. 5956
**PITARO & FUMO CHTD.**
601 Las Vegas Blvd. South
Las Vegas, Nevada 89101
(702) 382-9221 (702) 474-4210 fax
email: kristine.fumolaw@gmail.com
Attorney for Defendant
**MELISSA LANDGRAF**

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | Case No.: 2:21-CR-264-RFB-NJK |
| Plaintiff, | (FIRST REQUEST) |
| vs. | |
| **MELISSA LANDGRAF,** | |
| Defendant. | |

## STIPULATION AND ORDER TO CONTINUE SENTENCING

**IT IS HEREBY STIPULATED AND AGREED**, by and between **SIMON KUNG, ESQ.**, Assistant United States Attorney, counsel for the United States of America, and **OSVALDO E. FUMO, ESQ.**, counsel for **MELISSA LANDGRAF,** that the Sentencing Hearing currently scheduled for January 18, 2022, at 10:00 a.m., be vacated and reset or a date and time convenient to the court, but not earlier than 90 days.

1. Counsel for defendant has spoken to defendant and she has no objection to the request of continuance.

2. Defendant is out of custody and out on pretrial release.

3. Counsel has spoken to AUSA Simon Kung and he does not oppose to the continuance.

4. Counsel needs additional time to prepare for sentencing and to go over defendants issues and concerns.

5. Denial of this request for continuance could result in a miscarriage justice.

6. For all the above-stated reasons, the ends of justice would best be served by a continuance of the Sentencing Hearing until a date and time convenient to the court.

This is the 1st request for continuance filed herein.

**DATED** this 13th day of January 2022.

| | |
|---|---|
| /S/ Osvaldo E. Fumo, Esq. | /S/ Simon Kung, Esq. |
| **OSVALDO E. FUMO, ESQ.** | **SIMON KUNG, AUSA** |
| Nevada Bar No. 5956 | Assistant United States Attorney |
| 601 Las Vegas Blvd. South | 501 Las Vegas Blvd. South, |
| Las Vegas, Nevada 89101 | Suite 1100 |
| Attorney for Defendant | Las Vegas, NV 89101 |
| **MELISSA LANDGRAF** | |

**OSVALDO E. FUMO, ESQ.**
Nevada Bar No. 5956
**PITARO & FUMO CHTD.**
601 Las Vegas Blvd. South
Las Vegas, Nevada 89101
(702) 382-9221 (702) 474-4210 fax
email: kristine.fumolaw@gmail.com
Attorney for Defendant
**MELISSA LANDGRAF**

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

**UNITED STATES OF AMERICA**,

      Plaintiff,

vs.

**MELISSA LANDGRAF,**

      Defendant..

Case No.: 2:21-CR-264-RFB-NJK

## **FINDINGS OF FACT**

1. Counsel for defendant has spoken to defendant and she has no objection to the request of continuance.

2. Defendant is out of custody and out on pretrial release.

3. Counsel has spoken to AUSA Simon Kung and he does not oppose to the continuance.

4. Counsel needs additional time to prepare for sentencing and to go over defendants issues and concerns.

5. Denial of this request for continuance could result in a miscarriage justice.

6. For all the above-stated reasons, the ends of justice would best be served by a continuance of the Sentencing Hearing until a date and time convenient to the court.

This is the 1st request for continuance filed herein.

**CONCLUSIONS OF LAW**

Denial of this request for continuance would deny the parties herein the opportunity to effectively and thoroughly prepare for Sentencing Hearing.

Additionally, denial of this request for continuance could result in a miscarriage of justice.

**ORDER**

IT IS HEREBY ORDERED that the Sentencing Hearing currently scheduled for January 18, 2022, at 9:00 a.m., be continued to the 26th day of April, 2022 at 9:00 AM, in courtroom 7C.

DATED this 15th day of January, 2022.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE