**OSVALDO E. FUMO, ESQ.**
Nevada Bar No. 5956
**PITARO & FUMO CHTD.**
601 Las Vegas Blvd. South
Las Vegas, Nevada 89101
(702) 382-9221 (702) 474-4210 fax
email: kristine.fumolaw@gmail.com
Attorney for Defendant
**MELISSA LANDGRAF**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Case No.: 2:21-CR-264-RFB-NJK |
| Plaintiff, | |
| vs. | (SECOND REQUEST) |
| **MELISSA LANDGRAF,** | |
| Defendant. | |

## STIPULATION AND ORDER TO CONTINUE SENTENCING

**IT IS HEREBY STIPULATED AND AGREED**, by and between **SIMON KUNG, ESQ.**, Assistant United States Attorney, counsel for the United States of America, and **OSVALDO E. FUMO, ESQ.**, counsel for **MELISSA LANDGRAF,** that the Sentencing Hearing currently scheduled for May 5, 2022, at 11:00 a.m., be vacated and reset or a date and time convenient to the court, but not earlier than 60 days.

1. Counsel for defendant has spoken to defendant and she has no objection to the request of continuance.

2. Defendant is out of custody and out on pretrial release.

3. Counsel has spoken to AUSA Simon Kung and he does not oppose to the continuance.

4. Counsel needs additional time to prepare for sentencing and to go over defendants issues and concerns.

5. Denial of this request for continuance could result in a miscarriage justice.

6. For all the above-stated reasons, the ends of justice would best be served by a continuance of the Sentencing Hearing until a date and time convenient to the court.

This is the 2nd request for continuance filed herein.

**DATED** this 29th day of April 2022.

/S/ Osvaldo E. Fumo, Esq.
**OSVALDO E. FUMO, ESQ.**
Nevada Bar No. 5956
601 Las Vegas Blvd. South
Las Vegas, Nevada  89101
Attorney for Defendant
**MELISSA LANDGRAF**

/S/ Simon Kung, Esq.
**SIMON KUNG, AUSA**
Assistant United States Attorney
501 Las Vegas Blvd. South,
Suite 1100
Las Vegas, NV 89101

**OSVALDO E. FUMO, ESQ.**
Nevada Bar No. 5956
**PITARO & FUMO CHTD.**
601 Las Vegas Blvd. South
Las Vegas, Nevada 89101
(702) 382-9221 (702) 474-4210 fax
email: kristine.fumolaw@gmail.com
Attorney for Defendant
**MELISSA LANDGRAF**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | Case No.: 2:21-CR-264-RFB-NJK |
| Plaintiff, | |
| vs. | |
| **MELISSA LANDGRAF**, | |
| Defendant.. | |

**FINDINGS OF FACT**

1. Counsel for defendant has spoken to defendant and she has no objection to the request of continuance.

2. Defendant is out of custody and out on pretrial release.

3. Counsel has spoken to AUSA Simon Kung and he does not oppose to the continuance.

4. Counsel needs additional time to prepare for sentencing and to go over defendants issues and concerns.

5. Denial of this request for continuance could result in a miscarriage justice.

6. For all the above-stated reasons, the ends of justice would best be served by a continuance of the Sentencing Hearing until a date and time convenient to the court.

This is the 2nd request for continuance filed herein.

**CONCLUSIONS OF LAW**

Denial of this request for continuance would deny the parties herein the opportunity to effectively and thoroughly prepare for Sentencing Hearing.

Additionally, denial of this request for continuance could result in a miscarriage of justice.

**ORDER**

IT IS HEREBY ORDERED that the Sentencing Hearing currently scheduled for May 5, 2022, at 9:00 a.m., be continued to the __7th__ day of __July__, **2022** at __10:00 AM__, in courtroom **7C.**

DATED this __3rd__ day of __May__, 2022.

_____
RICHARD F. BOULWARE, II
United States District Judge

-4-